RUTLAND PARKWAY, INC., Respondent, v. E. R. C. STATIONS, INC., Appel-

lant.— Motion for leave to appeal to the Appellate Division denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.